**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| DYUTHI PRAKASH, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>NELSON WORLDWIDE, LLC,<br><br>            Defendant. | Case No. 0:26-cv-01818 (SRN/DJF)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD CLASS COUNSEL** |
| CHRISTY DAVIS, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>NELSON WORLDWIDE, LLC,<br><br>            Defendant. | Case No. 0:26-cv-01957 (SRN/DJF) |

The Court, having considered the parties' filings, the relevant legal authorities and the arguments made, **GRANTS** Plaintiffs' Unopposed Motion to Consolidate [ECF 8] as follows:

1.      The actions *Dyuthi Prakash v. Nelson Worldwide*, Case No. 0:26-cv-01818 (SRN/DJF), and *Christy Davis v. Nelson Worldwide*, Case No. 0:26-cv-01957 (SRN/DJF), shall be consolidated under the *Prakash* case number, with all subsequent filings to be made in the *Prakash* action;

2.      Brittany Resch of Strauss Borrelli PLLC and Scott E. Cole of Cole & Van Note shall be appointed Interim Co-Lead Class Counsel for the consolidated cases.

1

3.      Plaintiffs shall have 30 days from the entry of this Order to file a superseding consolidated complaint;

4.      Defendant shall have 45 days after the filing of the superseding consolidated complaint to answer or otherwise respond. Defendant shall have no obligation to respond to any of the complaints in the related cases that are pending and to be consolidated;

5.      Should future complaints be filed that meet the requirements for consolidation under Rule 42(a), they will be consolidated with the *Prakash* action.

**IT IS SO ORDERED.**

Dated:   April 9, 2026          By:   s/Susan Richard Nelson

Susan Richard Nelson
**UNITED STATES DISTRICT COURT JUDGE**

2